IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | )   CR. NO. 2:08cr117-WHA |
| RANDY BROOME | ) |

## **ORDER**

This case is before the court on the Report and Recommendation of the Magistrate Judge (Doc. #25), entered on September 3, 2008.  The Defendant has filed a document stating that he does not object (Doc. #26).  Therefore, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Defendant's Motion to Suppress is DENIED.

DONE this 16th day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE